IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHANDRA RENA JACKSON, o/b/o D.T.J., a minor,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) CASE NO. 2:13-cv-442-MEF<br>) WO<br>)<br>)<br>)<br>) |

# **O R D E R**

On July 18, 2014, the Magistrate Judge filed a Recommendation (Doc. #25) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The Commissioner's decision is REVERSED, pursuant to sentence four of 42 U.S.C. § 405(g), and this case is REMANDED to the Commissioner for further proceedings.

DONE this the 13th day of August, 2014.

/s/W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE